UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. WERN, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv--1538-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEO CONFERENCE<br><br>[ECF No. 21] |

　　Plaintiff Marques Butler is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On August 26, 2014, Defendants filed a request to conduct Plaintiff's deposition via video conference.

　　Plaintiff is presently incarcerated at the North Fork Correctional Facility, in Oklahoma, approximately 1, 493 miles away from the Attorney General's Office in Sacramento, California. Defendants submit that the deposition will be taken at this location, and Defendants have reserved video conference facilities to take the deposition on October 16, 2014, at 11:00 a.m., Central Standard Time.

///

///

///

1  On the basis of good cause, Defendant's request to take Plaintiff's deposition by video
2  conference is GRANTED.

4  IT IS SO ORDERED.

5  Dated: __**August 27, 2014**__

   UNITED STATES MAGISTRATE JUDGE