UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>               Plaintiff,<br><br>v.<br><br>B. WERN, et al.,<br><br>               Defendants. | Case No. 1:12-cv-01538-DAD-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PRESENCE OF INMATE MARQUES BUTLER, INMATE NO. AC-431 TO APPEAR FOR TELEPHONIC SETTLEMENT CONFERENCE<br><br>DATE: February 22, 2016<br>TIME:  10:30 a.m.<br>COURTROOM: 10 (EPG) |

      **Inmate Marques Butler**, **CDCR #AC-0431**, a necessary and material witness in a settlement conference in this case on February 22, 2016, is confined at La Palma Correctional Center, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean, to appear by telephone at the La Palma Correctional Center, on Monday, February 22, 2016, at 10:30 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by telephone before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court.

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, La Palma Correctional Center, 5501 North La Palma Road, Eloy, Arizona 85131:**

      **WE COMMAND** you to produce the inmate named above, to appear by telephone before Judge Grosjean at the time and place above, until completion of the settlement conference or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 6, 2016**                                                      
                                                             UNITED STATES MAGISTRATE JUDGE