UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>  Plaintiff,<br><br> v.<br><br>R. WERN, et al.,<br><br>  Defendants. | Case No.: 1:12-cv-01538-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT, RESETTING DEADLINES TO FILE PRETRIAL STATEMENTS<br><br>[ECF No. 47] |

Plaintiff Marques Butler is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 20, 2016, Plaintiff filed a motion for an extension of time to file his pretrial statement in accordance with the Court's August 21, 2015, scheduling order. (ECF No. 47.)

This case is currently set for jury trial on May 3, 2016, before District Judge Drozd, and a pretrial conference is scheduled for March 21, 2016. In addition, the case is set for a settlement conference on February 22, 2016, before Magistrate Judge Grosjean.

Pursuant to the Court's August 21, 2015 order, Plaintiff's pretrial statement is currently due on or before January 26, 2016.

The Court will grant Plaintiff one extension of time to file his pretrial statement; however, Plaintiff is advised that he must prosecute this action in an efficient manner and the fact that he must

1

prepare for trial and settlement simultaneously does not present sufficient good cause to further extend pending deadlines in this action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file his pretrial statement on or before **February 22, 2016**; and
2. Defendants shall file their pretrial statement on or before **March 7, 2016**.

IT IS SO ORDERED.

Dated:   **January 22, 2016**

UNITED STATES MAGISTRATE JUDGE